ACCEPTED
15-25-00096-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 4:13 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00096-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 4:13:32 PM
CHRISTOPHER A. PRINE
Clerk

**CITY OF COLLEGE STATION,**

*Appellant*,

v.

**PUBLIC UTILITY COMMISSION OF TEXAS,**

*Appellee.*

On Appeal from the 200th Judicial Court,
Travis County, Texas
Cause No. D-1-GN-24-005680

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT:

Appellee Public Utility Commission of Texas ("PUCT") files this unopposed motion for extension of time to file its appellee's brief. In support of this motion, PUCT respectfully shows the following:

1.      Appellant City of College Station filed its initial brief on July 16, 2025. Appellee PUCT's response brief is currently due on or before August 15, 2025.

2.      PUCT seeks a 30-day extension of time to file its appellee's brief, which would make the brief due on or before September 15, 2025. This is PUCT's first request for an extension of time for the filing of this brief.

3. This extension of time is necessary because of competing deadlines and scheduling conflicts in other matters. Specifically, PUCT's Counsel has pending matters in the case styled *Crystal Clear Special Utility District v. Jackson, et al*, No. 1:23-cv-00878-DAE (U.S. District Court, Western District of Texas, Austin Division) that need to be addressed before and after the deadline for the PUCT's response brief in this appeal.

Additionally, Counsel for the PUCT has an appellate brief due before this Court on August 25, 2025, in the appeal styled *Public Utility Commission of Texas v. City of Denton, Operating as Denton Municipal Electric*, No. 15-25-00018-CV. Furthermore, Counsel has an appellate brief due before the U.S. Court of Appeals for the Fourth Circuit on August 29, 2025, in the appeal styled *Appalachian Voices, et al v. Federal Energy Regulatory Commission*, No. 24-1650. Finally, Counsel has an appellate brief due before this Court on September 8, 2025, in the appeal styled *Public Utility Commission, et al. v. City of Fulshear*, No. 15-25-00104-CV.

4. The undersigned has conferred with opposing counsel and counsel for intervenor, who have both indicated they do not oppose this request.

5. This request for extension is not brought for purposes of delay but so that justice may be done and so the matters at issue may be fully and appropriately briefed for the Court.

For the reasons set forth above, PUCT requests that this Court grant the

motion for extension of time and allow PUCT until September 15, 2025, to file its appellee's brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Jordan Pratt*
JORDAN PRATT
Assistant Attorney General
State Bar No. 24140277
Jordan.Pratt@oag.texas.gov

JOHN R. HULME
Special Counsel
State Bar No. 10258400
John.Hulme@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**ATTORNEYS FOR APPELLEE
PUBLIC UTILITY COMMISSION OF
TEXAS**

**CETIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Appellant City of College Station and for Intervenor Office of Public Utility Counsel, both of whom reported that they do not oppose the requested extension.

/s/ Jordan Pratt
JORDAN PRATT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following attorneys via the Court's electronic filing case management system and/or electronic mail on August 1, 2025.

Thomas L. Brocato
tbrocato@lglawfirm.com
Roslyn M. Warner
rwarner@lglawfirm.com
LLOYD GOSSELINK ROCHELLE &
TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Tel: (512) 322-5800
Fax: (512) 472-0532

Adam C. Falco
afalco@cstx.gov
COLLEGE STATION CITY
ATTORNEY'S OFFICE
P.O. Box 9960
College Station, Texas 77842
Tel: (979) 764-3746
Fax: (979) 764-3481

**Attorneys for Appellant**
**City of College Station**

Benjamin Barkley
benjamin.barkley@opuc.texas.gov
Justin Swearingen
justin.swearingen@opuc.texas.gov
Chris Ekoh
chris.ekoh@opuc.texas.gov
OFFICE OF PUBLIC UTILITY
COUNSEL
1701 N. Congress Avenue, Suite 9-180
P.O. Box 12397
Austin, Texas 78711-2397
Tel: (512) 936-7500
Fax: (512) 936-7525

**Attorneys for Intervenor**
**Office of Public Utility Counsel**

/s/ Jordan Pratt
JORDAN PRATT

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Laurent on behalf of Jordan Pratt
Bar No. 24140277
david.laurent@oag.texas.gov
Envelope ID: 103892582
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellee's Brief
Status as of 8/1/2025 4:17 PM CST

Associated Case Party: City of College Station

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas LBrocato | | tbrocato@lglawfirm.com | 8/1/2025 4:13:32 PM | SENT |
| Roslyn M.Warner | | rwarner@lglawfirm.com | 8/1/2025 4:13:32 PM | SENT |
| Adam Falco | | afalco@cstx.gov | 8/1/2025 4:13:32 PM | SENT |

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Hulme | 10258400 | John.Hulme@oag.texas.gov | 8/1/2025 4:13:32 PM | SENT |
| Jordan Pratt | 24140277 | jordan.pratt@oag.texas.gov | 8/1/2025 4:13:32 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 8/1/2025 4:13:32 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 8/1/2025 4:13:32 PM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 8/1/2025 4:13:32 PM | SENT |
| Benjamin Barkley | | benjamin.barkley@opuc.texas.gov | 8/1/2025 4:13:32 PM | SENT |
| OPUC  Eservice | | opuc_eservice@opuc.texas.gov | 8/1/2025 4:13:32 PM | SENT |